

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 13, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**In Re:  DERRICK LONDON**                          **Case #** 19-31875-SWE-13

                                                                    **Chapter 13**

                                                                    **JUDGE SCOTT W. EVERETT**

Debtor

_____

## ORDER FINDING, DEEMING AND DETERMINING MORTGAGE TO BE CURRENT, OR DELINQUENT IN THE AMOUNT SET FORTH IN TRUSTEE'S "NOTICE OF AMOUNT DEEMED NECESSARY TO CURE"

_____

Pursuant to Local Bankruptcy Rule 3002-2(b), the Chapter 13 Trustee filed and served his "Notice of Amount Deemed Necessary to Cure" ("Notice") (Docket# 56 ), on the below named mortgage creditor.  Such Notice contained negative notice language as authorized by Local Bankruptcy Rule 9007-1, informing the mortgage creditor of their obligation to file and serve a Response within 60 days, or else the information contained in the Notice would be deemed unopposed and/or undisputed.

The Mortgage Creditor:

- Filed a timely Response, disputing in whole or in part the amounts set forth in the Trustee 's Notice.

The Debtor:

- Did not file a Reply and is wholly defaulted.  Therefore, the amounts set forth in the Creditor 's Response are deemed correct and the amounts are approved.

**THEREFORE, IT IS ORDERED** that as of **11/22/2022**, the principal amount due on any pre-petition and/or post-petition home mortgage arrearage <u>claim</u> by the below named mortgage creditor to be paid by the Trustee is as follows:

| MORTGAGE CREDITOR/HOLDER | PRE/POST | COURT CLAIM # | TRUSTEE CLAIM # | AMOUNT |
|---|---|---|---|---|

**IT IS FURTHER ORDERED** that except as otherwise provided hereinabove, the **HOME MORTGAGE REGULAR MONTHLY PAYMENT** on the mortgage held by US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, which is not being paid by the Chapter 13 Trustee is DELINQUENT $2,585.60 as of 01/20/2023.

**IT IS FURTHER ORDERED** that the above named creditor shall be precluded from asserting any other pre-petition (cure) amounts or post-petition arrearages that allegedly accrued before the date of the Notice, 11/22/2022, in any Contested Matter or Adversary Proceeding in this case, or in any other manner, matter, or forum after a discharge in this case, unless the Court determines, after notice and a hearing that the failure to timely file a Response was substantially justified or is harmless.

**IT IS FURTHER ORDERED** that as of Date of Notice the DEBTOR(S) PLAN PAYMENT DELINQUENCY WAS **$5,727.29.**

### End of Order ###

Approved by:

<u>/s/ Tom Powers</u>
Standing Chapter 13 Trustee
State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200
Fax: (214) 965-0758
Email: tomp@dallasch13.com